IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN J. McCARTHY, Inmate #38051-066, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)    CIVIL NO. 05-646-JPG<br>WARDEN, MEDICAL STAFF, and )<br>ADMINISTRATIVE REMEDY )<br>COORDINATOR, )<br>)<br>Defendants. ) | |

### ORDER

**GILBERT, District Judge:**

    Currently pending before the Court is Plaintiff's motion to withdraw the action or alternatively to stay proceedings (Doc. 8). In the motion, Plaintiff states that he is still attempting to exhaust his administrative remedies as to the claims in the complaint and that he wishes to file a more detailed complaint that incorporates other incidents that have occurred since the initial filing of the complaint.

    Plaintiff's motion to withdraw the action (Doc. 8) is **GRANTED**. The action is **DISMISSED without prejudice** to Plaintiff's filing it again as another action at a later time.

    **IT IS SO ORDERED.**

    Dated: March 9, 2006

                                                s/ J. Phil Gilbert<br>
                                                U. S. District Judge